**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In the Interest of H.A., a Child

Appellate case number:    01-22-00106-CV

Trial court case number:  2020-05703

Trial court:               313th Judicial District Court of Harris County

This case was abated and remanded to the trial court on April 5, 2022 for the trial court to determine if appellant wished to prosecute this appeal, whether appellant is indigent, and whether appellant should be appointed counsel. *See* TEX. FAM. CODE ANN. § 107.021; *see also In re A.G.D.*, No. 07-15-00201-CV, 2015 WL 3764918, at *1 (Tex. App.—Amarillo June 16, 2015, order); *In re C.L.S.*, 403 S.W.3d 15, 25 (Tex. App.—Houston [1st Dist.] 2012, pet. denied) (Texas Legislature has granted trial courts discretion to appoint counsel for parents in "private parental-rights disputes"). On June 3, 2022, the trial court clerk filed a sealed supplemental clerk's record containing the trial court's order finding that appellant wishes to prosecute this appeal and appellant is indigent, and appointing Leneice Deshawn Parker to represent appellant on appeal. *See* TEX. R. APP. P. 6.1. Accordingly, we REINSTATE this case on the Court's active docket.

The sealed clerk's record and reporter's record have already been filed in this case. *See* TEX. R. APP. P. 38.6(a).

The Court ORDERS appellant's brief to be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 28.4, 38.6(a). Appellees' brief, if any, is to be filed within 20 days of the filing of appellant's brief. See TEX. R. APP. P. 28.4, 38.6(b).

Because this is a termination case, this Court is required to bring this appeal to final disposition within 180 days of January 25, 2022, the date the notice of appeal was filed in this proceeding, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, reprinted in TEX. GOV'T. CODE ANN., tit. 2, subtit. F app.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                        ☑ Acting individually    ☐ Acting for the Court

Date: ___June 7, 2022____